# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

VERNIST McCRANEY                                                                                       PLAINTIFF
ADC #138122

V.                                       NO: 5:08CV00301 JLH

CONNIE EFIRD *et al.*                                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motions for summary judgment filed by Defendant Robert Scott (docket entry #65), and Defendants Connie Efird, Clayton Lagrone, and Mark Cashion (docket entry #68) are GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of November, 2009.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE